IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA RUDY, | No. 4:21-CV-02058 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| VT HACKNEY KIDRON d/b/a VT HACKNEY, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 25th day of May 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. VT Hackney's motion to dismiss for failure to state a claim (Doc. 4) is **GRANTED WITH PREJUDICE**.

2. The case is dismissed, and the Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge